IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

CHRISTOPHER LUMPKIN,           )
                               )
    Petitioner,          )
                               )
v.                             )    Civil Action No. 3:25-cv-63–HEH
                               )
COMMONWEALTH OF VIRGINIA,      )
                               )
    Respondent.          )

## MEMORANDUM OPINION
### (Dismissing Civil Action Without Prejudice)

Petitioner, Christopher Lumpkin, a Virginia inmate proceeding *pro se*, submitted a

"Motion to Set Aside Verdict and for New Trial" (the "Motion," ECF No. 1.)  Given the

content of this Motion, the Court found it was appropriate to give Petitioner the

opportunity to pursue this action as a petition for a writ of habeas corpus under 28 U.S.C.

§ 2254.  *See Rivenbark v. Virginia*, 305 F. App'x 144, 145 (4th Cir. 2008).

By Memorandum Order entered on February 21, 2025, the Court directed

Petitioner, within twenty (20) days of the date of entry thereof, to complete and return the

standardized form for filing a § 2254 petition (ECF No. 2).  The Court warned Petitioner

that the failure to comply with the terms of the February 21, 2025 Memorandum Order

would result in the dismissal of the action.  *See* Fed. R. Civ. P. 41(b).

More than twenty (20) days have elapsed and Petitioner has not completed and

returned the standardized form for filing a § 2254 petition or otherwise responded to the

February 21, 2025 Memorandum Order. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

An appropriate Final Order shall accompany this Memorandum Opinion.

_____ /s/

Henry E. Hudson
United States District Judge

Date: June 2, 2025
Richmond, Virginia

2